IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| V. | * | NO: 4:11CR00015 SWW |
| BOBBY WOODS | * | |

## ORDER

Before the Court is the United States' motion to dismiss Forfeiture Allegation I of the Superseding Indictment. The motion (docket entry #61) is GRANTED. Forfeiture Allegation I of the Superseding Indictment is hereby DISMISSED.

IT IS SO ORDERED THIS 12TH DAY OF OCTOBER, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE